UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 04-20250-Cr-Jordan

UNITED STATES OF AMERICA         )
                                 )
                                 )
vs.                              )
                                 )
                                 )
NICHOLAS BACHYNSKY               )
                                 )
_____  )

## VERDICT

WE, the jury, unanimously find as follows with respect to the Defendant, NICHOLAS BACHYNSKY:

**Count 1:**      ✓ Guilty        ___ Not Guilty

If you found the Defendant Guilty of Count 1, please indicate what offense or offenses he conspired to commit:

(a)   mail fraud – 18 U.S.C. §1341                            ___
(b)   wire fraud – 18 U.S.C. §1343                            ___
(c)   securities fraud –15 U.S.C. §§78j(b) &:                 ✓
      §78ff(a); and 17 C.F.R. §240.10b-5

**Count 3:**      ___ Guilty      ✓ Not Guilty

**Count 4:**      ___ Guilty      ✓ Not Guilty

**Count 5:** _____  Guilty    __✓__ Not Guilty

**Count 6:** _____ Guilty    __✓__ Not Guilty

**Count 8:** _____ Guilty    __✓__ Not Guilty

**Count 9:** __✓__ Guilty    _____ Not Guilty

**Count 10:** __✓__ Guilty    _____ Not Guilty

**Count 13:** __✓__ Guilty    _____ Not Guilty

**Count 15:** _____ Guilty    __✓__ Not Guilty

**Count 16:** _____ Guilty    __✓__ Not Guilty

**Count 18:** _____ Guilty    __✓__ Not Guilty

**Count 19:** __✓__ Guilty    _____ Not Guilty

Count 20: _____   ✓_____
            Guilty         Not Guilty

Count 21: _____   ✓_____
            Guilty         Not Guilty

Count 23: _____   ✓_____
            Guilty         Not Guilty

Count 25: _____   ✓_____
            Guilty         Not Guilty

Count 26: _____   ✓_____
            Guilty         Not Guilty

SO SAY WE ALL.

*William S. Debenham*              *William S. Debenham*
Foreperson's Name (Printed)        Foreperson's Signature

DATED: *May 5, 2008*