IN THE  UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-Cr-20250-JORDAN

UNITED STATES OF AMERICA,          :
     Plaintiff,          :
                      :
vs.          :
                      :
NICHOLAS BACHYNSKY,          :
     Defendant.          :
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

## NOTICE OF APPEAL

Notice is hereby given that defendant NICHOLAS BACHYNSKY,  appeals  to the

United States Court of Appeals for the Eleventh Judicial Circuit from his Judgment In A

Criminal Case, filed December 8, 2008 (DE 727), from the Order denying his motion for

judgment of acquittal and for a new trial (DE 699) and from all pretrial and trial rulings,

decisions, and issues that are subsumed within the Judgment.

     This 9th  day of December 2008.

                Respectfully submitted,

                **BLACK, SREBNICK, KORNSPAN & STUMPF, P.A.**
                201 South Biscayne Boulevard, Suite 1300
                Miami, Florida 33131
                Ph. (305) 371-6421 –  Fax (305)358-2006
                E-mail Srebnick@RoyBlack.com

                By:    /s/ Howard M. Srebnick
                      HOWARD M. SREBNICK
                      Florida Bar No. 919063

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 9, 2008, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.


/s/ Howard M. Srebnick
HOWARD M. SREBNICK, ESQ.