UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 04-20250-CR-JORDAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICHOLAS BACHYNSKY,

    Defendant.
_____/

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: ANY UNITED STATES MARSHAL, and WARDEN, FEDERAL CORRECTIONAL INSTITUTION COLEMAN LOW

It appearing that the Defendant in this matter, Nicholas Bachynsky, Register Number 47424-079, is confined in the Federal Correctional Institution Coleman Low under your custody, and that this case is scheduled for **an evidentiary hearing on January 21, 2011, beginning at 2:00 p.m.**, and that it is necessary for the Defendant to appear before this Court to attend the hearing;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of said NICHOLAS BACHYNSKY, Register Number 47424-079, now detained in custody as aforesaid, under safe and secure conduct, brought before the Honorable Adalberto Jordan, United States District Judge, Wilkie D. Ferguson Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 10-1, Miami, FL 33128, by or before 2:00 p.m. on January 21, 2011, for the purpose of attending the evidentiary hearing in the above-captioned case and

immediately after the conclusion of said hearing, that you return him with all convenient speed to the Federal Correctional Institution Coleman Low under safe and secure conduct.

And this is to command you, Warden of the Federal Correctional Institution Coleman Low, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this Writ, the body of said witness for safe and secure conduct to this District for the purpose aforesaid.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this 5th day of January, 2011.

*[signature]*

HON. ADALBERTO JORDAN
United States District Judge

Copies to:

Chief Probation Officer
U.S. Marshal Service (3 certified copies)
Counsel of record (via CM/ECF)